## Henry G. Heren, Appellee, v. Illinois Central Railroad Company and Peoria & Pekin Union Railway Company, Appellants.

### Gen. No. 6,298.    (Not to be reported in full.)

Appeal from the Circuit Court of Peoria county; the Hon. Clyde E. Stone, Judge, presiding. Heard in this court at the April term, 1916. Reversed and remanded. Opinion filed August 10, 1916.

### Statement of the Case.

Action by Henry G. Heren, plaintiff, against the Illinois Central Railroad Company and the Peoria & Pekin Union Railway Company, defendants, for personal injuries sustained by being struck by a locomotive. From a judgment for plaintiff, defendants appeal.

Stevens, Miller & Elliott, for appellants; John G. Drennan, of counsel.

Weil & Bartley, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

### Abstract of the Decision.

Master and servant, § 683*—*when evidence insufficient in action by railroad employee for personal injuries.* In an action by a section man for injuries sustained by being struck by a locomotive in a switch yard, where he testified that as he was crossing a track seven feet in front of a standing engine it suddenly started without warning and ran into him, and the engineer, fireman and head brakeman, all on the engine, testified that the plaintiff attempted to cross the track, without looking, thirty-five feet in front of the engine, which was moving six to eight miles an hour, and that the bell was ringing and whistle was blown, a verdict for the plaintiff *held* to be so manifestly against the weight of the evidence as to require a reversal.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.